IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. MANN, | ) | |
| | ) | |
| Plaintiff | ) | No. 5:10 CV 172-D2 |
| | ) | |
| Vs. | ) | |
| | ) | |
| M. DALE SWIGGETT, | ) | ENTRY OF DEFAULT |
| | ) | |
| Defendant | ) | |

The defendant M. Dale Swiggett was served herein on May 3, 2010. The deadline for filing an answer or other responsive pleading was May 24, 2010. There has been no responsive filing, nor has additional time been sought. That has been made to appear by the plaintiff's motion filed May 25, 2010. Accordingly, pursuant to Rule 55(a), Federal Rules of Civil Procedure, the motion for entry of the default of the defendant M. Dale Swiggett, is allowed, and his default is entered.

IT IS SO ORDERED this _1st_ day of ~~May~~ June 2010.

_____
Clerk of U.S. District Court