IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-172-D

| | | |
|---|---|---|
| WILLIAM C. MANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| M. DALE SWIGGETT, | ) | |
| | ) | |
| Defendant. | ) | |

On September 12, 2012, M. Dale Swiggett filed a motion seeking a declaration that all judgments be rendered null and void and to hold plaintiff's counsel in contempt [D.E. 132]. On September 13, 2012, plaintiff responded in opposition [D.E. 133].

Swiggett's motion is frivolous and is DENIED.

SO ORDERED. This 18 day of September 2012.

JAMES C. DEVER III
Chief United States District Judge