# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. MANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| M. DALE SWIGGETT | ) | **JUDGMENT** |
| | ) | **5:10-CV-172-D** |
| Defendant. | ) | |

**Decision by the Court:**

     **IT IS ORDERED AND ADJUDGED** that the Court ADOPTS the Memorandum and Recommendations [D.E. 141] and AWARDS the Plaintiff $100.00 in compensatory damages and $25,000.00 in punitive damages. The Clerk shall close the case.

     **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**NOVEMBER 14, 2012**</u> WITH A COPY TO:

James Braxton Craven III (via CM/ECF Electronic Notification)
M. Dale Swiggett, Pro Se  (via USPS to 5515 Alton Court, Mebane, NC 27302)

<u>November 14, 2012</u>
Date

JULIE A. RICHARDS, Clerk
Eastern District of North Carolina


<u>/s/ Debby Sawyer</u>
(By) Deputy Clerk

Raleigh, North Carolina