IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-172-D

| WILLIAM C. MANN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| M. DALE SWIGGETT, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

On November 19, 2012, SunTrust Bank moved to intervene [D.E. 146]. On December 4, 2012, VantageSouth Bank moved to intervene [D.E. 152]. Neither plaintiff not defendant responded to the motions. In light of the motions and the record, the motions [D.E. 146, 152] are GRANTED. Intervenors shall file any motion concerning any claim of lien not later than January 28, 2013. Plaintiff or defendant may respond in accordance with the local rules

SO ORDERED. This 11 day of January 2013.

JAMES C. DEVER III
Chief United States District Judge