IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-172-BO

| | | |
|---|---|---|
| WILLIAM C. MANN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| M. DALE SWIGGETT, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the following pending motions: defendant's motion for immediate relief and request for disbursement [DE 177]; defendant's motion for municipality receivers [DE 178]; plaintiff's motion for sanctions and pre-filing injunction [DE 179]; VantageSouth Bank's motion for sanctions and pre-filing injunction [DE 180]; Renee T. Warren's motion for immediate stay or overturn of eviction [DE 184]; and plaintiff's motion for status conference [DE 186].

A review of the defendant's motions reveals them to be frivolous and nearly incomprehensible. The Court has previously noted that, "throughout the litigation, defendant has filed ridiculous pleadings and sought to litigate matters that are not in this case." [DE 97]. These motions are no different and, as such, the Court dismisses them as frivolous. Equally incomprehensible and improper is Renee T. Warren's motion and, as such, that motion is also dismissed as frivolous.

The Court declines to review the plaintiff's motions in this matter. Likewise, the Court declines to review VantageSouth Bank's motion in this matter. The parties are reminded that judgment was entered in this matter on November 14, 2012 and that Judge Dever ordered the

1

matter closed at that time. The Court sees no compelling reason to continue entertaining motions from the parties in this case.

To the extent that any of the parties' filings raise any new issues for decision, the parties are reminded that they may not breathe life into this closed action.

## CONCLUSION

The defendant's motions are DISMISSED as frivolous. Renee T. Warren's motion is DISMISSED as frivolous. The plaintiff's motions are MOOT. VantageSouth Bank's motion is MOOT. The clerk is DIRECTED to maintain this file as CLOSED.

SO ORDERED.

This the 19 day of June, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE