IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-172-BO

| | |
|---|---|
| WILLIAM C. MANN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| M. DALE SWIGGETT, | ) |
| Defendant. | ) |

This matter is before the clerk on judgment debtor M. Dale Swiggett's motion to claim exempt property [DE-196].

The judgment debtor filed the motion on April 7, 2021 and counsel for the judgment creditor was served by a notice of electronic filing that day. A judgment creditor has 10 days from being served with a motion to claim exempt property to file an objection to a judgment debtor's schedule of exemptions. See N.C. Gen. Stat. § 1C-1603(e)(5). In this case, the judgment creditor did not file any timely objections.

Given the lack of objection to the motion and pursuant to N.C. Gen. Stat § 1C-1603, the motion to set aside property as exempt is GRANTED, and the property listed by M. Dale Swiggett in the motion [DE-196] is hereby designated as exempt property to the extent and at the monetary amounts allowed by law.

SO ORDERED. This the 14 day of June, 2021.

Peter A. Moore, Jr.
Clerk of Court